

FILED
John E. Triplett, Acting Clerk
United States District Court

By STaylor at 10:43 am, Jul 20, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

VICENTE LOPEZ ORTEGA,

   Plaintiff,

    v.

HILTON HALL, et al.,

   Defendants.

CIVIL ACTION NO.: 5:19-cv-1

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 7.  Plaintiff did not file Objections to this Report and Recommendation after the Clerk of Court mailed a copy of this Report and Recommendation and a copy of the service Order to Plaintiff at his last known address.  However, that mailing was returned to the Court as undeliverable with the notations, "RTS, Released."  Dkt. No. 9.  According to the Georgia Department of Corrections' website, Plaintiff was released on parole on September 11, 2019. http://www.dcor.state.ga.us/GDC/Offender/Query, search for Number 1002011078, Lopez-Ortega, Vicente (last visited July 17, 2020).

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's putative class action, conspiracy, and official capacity monetary damages claims. Dkt. No. 7. Plaintiff's Fourteenth Amendment equal protection claim remains pending at this time. Dkt. No. 8.

However, the Court **ORDERS** Plaintiff to **SHOW CAUSE** why his case should not be dismissed in its entirety based on his failure to update the Court, in writing, of any change in his address, as required. Dkt. No. 6, p. 3. Plaintiff's failure to show cause within **14 days** of this Order shall result in the dismissal of Plaintiff's Complaint for failure to follow this Court's Orders. Defendants are under no obligation to respond to Plaintiff's allegations, nor is the United States Marshals Service required to make any efforts to serve Plaintiff's Complaint at this time.

**SO ORDERED**, this _____ day of _____, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)