FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 10:26 am, Aug 04, 2020

# In the United States District Court for the Southern District of Georgia
## Waycross Division

VICENTE LOPEZ ORTEGA,

    Plaintiff,

v.

HILTON HALL, et al.,

    Defendant.

CV 519-001

### ORDER

On July 20, 2020, Plaintiff was Ordered to show cause, within fourteen (14) days, why this case should not be dismissed for failure to update the Court regarding his change of address. Dkt. No. 10 at 2. Plaintiff was warned that his failure to respond "shall result in the dismissal of [his] Complaint." Id. Plaintiff has failed to respond. Accordingly, this action is **DISMISSED without prejudice.**

**SO ORDERED**, this 4 day of August, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA